IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

```
GRACE LABEL, INC.,              )
                                )
        Plaintiff,              )   NO. 4:02-cv-30538-RAW
                                )
vs.                             )
                                )
STEVE KLIFF, individually and   )   RULING ON PLAINTIFF'S
d/b/a STEVE KLIFF &             )   MOTION TO ALTER OR
ASSOCIATES,                     )   AMEND JUDGMENT TO
                                )   INCLUDE PRE-JUDGMENT
        Defendant.              )   INTEREST
--------------------------------)
STEVE KLIFF, individually and   )
d/b/a STEVE KLIFF &             )
ASSOCIATES,                     )
                                )
        Counterclaim            )
        Plaintiff,              )
                                )
vs.                             )
                                )
GRACE LABEL, INC.,              )
                                )
        Counterclaim            )
        Defendant.              )
```

Plaintiff Grace Label obtained a judgment against defendant Steve Kliff, individually and d/b/a Steve Kliff & Associates in the amount of $85,000 following jury trial. Judgment was entered on April 12, 2005. Grace Label now brings a timely Fed. R. Civ. P. 59(e) motion to alter or amend the judgment to include pre-judgment interest in the amount of $12,152.72 citing Iowa Code §§ 535.3, 668.13. Grace Label's cause of action was in contract under Iowa law. The motion is not resisted.

A motion seeking pre-judgment interest is appropriate under Rule 59(e). Reyher v. Champion Int'l Corp., 975 F.2d 483, 488 (8th Cir. 1992) (quoting Osterneck v. Ernst & Whinney, 489 U.S. 169, 175 (1989)). Plaintiff should receive pre-judgment interest as provided by Iowa law. See Emmenegger v. Bull Moose Tube Co., 324 F.3d 616, 624 & n.9 (8th Cir. 2003); Pioneer Hi-Bred Int'l v. Holden Foundation Seeds, Inc., 35 F.3d 1226, 1246 (8th Cir. 1994). No question has been raised about the accuracy of the compounded amount set forth in the present motion. Accordingly, the motion will be granted [119]. The Clerk shall enter an amended and substituted judgment substantially as follows:

> IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of plaintiff Grace Label, Inc. and against defendant Steve Kliff, individually and d/b/a Steve Kliff & Associates in the amount of $85,000 plus pre-judgment interest in the amount of $12,152.72 and post-judgment interest from April 12, 2005, as provided for in 28 U.S.C. § 1961;
>
> IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of plaintiff Grace Label, Inc. against defendant Steve Kliff, individually and d/b/a Steve Kliff & Associates on the counterclaims of the defendant, and said counterclaims are dismissed.

IT IS SO ORDERED.

Dated this 23rd day of June, 2005.

ROSS A. WALTERS
CHIEF UNITED STATES MAGISTRATE JUDGE